138734

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: **01-CU-2099 (JRT/FLN)** Case Title: **AdvancePCS v. Moen**

Affidavit of Movant

I, **Todd W. Schnell**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac **Martin D. Schneiderman**, an attorney admitted to practice in the ______ District of **Columbia**, but not admitted to the bar of this court, who will be counsel for [X] plaintiff [ ] defendant **AdvancePCS** in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | **252256** | **November 21, 2001** |
| Signature | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Martin D. Schneiderman, am currently a member in good standing of the U.S. District Court for ______ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Martin D. Schneiderman | [signature] | November 20, 2001 |
| Type/Print Name | Signature | Date |

Attorney License Number: Bar #102749

Law Firm Name & Address: Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Telephone: 202-429-3000

Motion Granted: [signature] NOV 29 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED NOV 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______